UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
September 7, 2011 10:12 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY mkc / _____ SCANNED BY /7-7-11

Joshua Wise
Plaintiff,

-against-

Takhar Collection Services Ltd,
Defendant

COMPLAINT (DOCKET: 1:11-cv-938
Robert J. Jonker
HONORABLE _____ U.S. District Judge

1. At all times hereinafter mentioned, plaintiff was and still is a resident of Ottawa County in the state of Michigan.

2. Defendant operates out of Canada, however is legally authorized to work as a collection agency in the United States of America. Takhar Collection Services Ltd is a registered entity in Michigan, with a registered agent of The Corporation Company, 30600 Telegraph Rd Ste 2345, Bingham Farms MI 48025.

3. The jurisdiction of this court is invoked pursuant to the Telephone Consumer Protection Act (47 U.S.C. § 227), hereafter referred to as the TCPA.

4. Takhar Collection Services Ltd has contacted Plaintiff in violation of the TCPA on numerous occasions.

5. Takhar Collection Services Ltd sent Plaintiff a letter dated November 17, 2010. The Plaintiff responded by first-class mail advising that he disputed the validity of the debt. The Defendant claims they never received that letter.

6. Takhar Collection Services Ltd contacted the Plaintiff with prerecorded messages on a cell phone without prior express consent. The Defendant also continued to call the Plaintiff after the Plaintiff specifically advised Defendant to no longer contact Plaintiff. The specific violations occurred on December 1, 2010; December 14, 2010; December 15, 2010; January 25, 2010; January 27, 2010.

7. The Plaintiff has advised Takhar Collection Services Ltd of these violations on numerous occasions but Defendant continued to call. Plaintiff contacted Takhar Collection Services Ltd by mail on December 14, 2010 advising them of their violations. Takhar Collection Services Ltd claims they never received the letter, despite delivery confirmation being placed on the letter and such confirmation reflecting the letter was delivered on December 17, 2010.

8. Plaintiff sent Takhar Collection Services an intent to sue listing the violations Defendant has committed. This was sent via certified mail and again Defendant claims the letter was never received despite postal records reflecting it was delivered on April 21, 2011.

9. Plaintiff spoke with "Blair", who supposedly represents Takhar Collection Services Ltd in legal matters, on January 25, 2011. Blair stated he would call the Plaintiff back "in a couple of hours". Blair never returned Plaintiff's call. Plaintiff left numerous voicemails for Blair after that asking for a return call; however Blair, representing Takhar Collection Services Ltd has refused to return any of Plaintiff's calls.

10. Plaintiff will prove these violations through trial. Takhar Collection Services Ltd has a long history of violations of the TCPA which can be found through public internet sources.

11. WHEREFORE, Plaintiff demands that damages as allowed under the TCPA be awarded. The violations of the Defendant have been blatant violations and therefore the Plaintiff requests $1500.00 per violation, for a total of $7500.00. The Plaintiff also seeks a permanent injunction against the defendant from violating the TCPA in the future. The Plaintiff also requests any further relief which the court may deem appropriate.

_Joshua David Wise_  9/6/11

Joshua David Wise
7658 Sunrise Bluff Ln
Zeeland, MI 49464
616-403-1541
September 6, 2011

State of MICHIGAN
County of OTTAWA

I, _Aumna Madko_, a Notary Public, do hereby certify that on this _6th day of September_, 2011, personally appeared before me Joshua Wise, known to me to be the person whose name is subscribed to the foregoing instrument, and swore and acknowledged to me that he executed the same for the purpose and in the capacity therein expressed, and that the statements contained therein are true and correct.

_Aumna Madko_
Notary Public, State of Michigan,
County of OTTAWA.
My Commission Expires  6/15/18 .
Acting in the County of OTTAWA.