IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

---

Joshua Wise, Plaintiff,

Case No.: 1:11-cv-938

vs.

Takhar Collection Services Ltd., Defendant.

---

### DEFAULT JUDGMENT
### SUM CERTAIN

The defendant, Takhar Collection Services Ltd., having failed to appear, plead or otherwise defend in this action, and default having been entered on 12/7/2011, and plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff Joshua Wise and against defendant Takhar Collection Services Ltd. as follows: $7500.00 for violations as described in the motion for default judgment. This amount is for five violations at $1500.00 each for being willful violations as authorized by Title 47, Chapter 5, Subchapter II, Section 227.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

/s/ A. Doezema, Deputy Clerk
Clerk of Court (sum certain)